UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-00485-CJC(JEMx)                          Date: April 30, 2012

Title: WELLS FARGO BANK, ET AL. v. MANNY DE LA CRUZ, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                 None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE TO STATE COURT**

    Defendant Nina Martinez, acting *pro se*, removed this action from state court on March 29, 2012. Ms. Martinez seemed to base her removal of Plaintiffs' state-law unlawful detainer action on the complete preemption doctrine based on the Protecting Tenants at Foreclosure Act. Because it was not clear from Ms. Martinez removal papers whether this Court has subject-matter jurisdiction, the Court issued an order to Ms. Martinez to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction. Ms. Martinez has failed to respond to this Court's order.

    A district court must remand a case to state court if it appears at any time before final judgment that the district court lacks subject matter jurisdiction. 28 U.S.C. §1447(c). Because Ms. Martinez did not respond to the Court's order to show cause, she has not provided a sufficient basis for federal question or diversity jurisdiction. 28 U.S.C. §§ 1331, 1332. Therefore, this case is hereby REMANDED to state court.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                              Initials of Deputy Clerk MU